# UNITED STATES DISTRICT COURT

for the
District of Colorado

| | | |
|---|---|---|
| In the Matter of the Search of | ) | Case No.    21-sw-00064-STV |
| | ) | |
| A 2005 Red Jeep Liberty, with Colorado license plate | ) | |
| ABVL23 and Vehicle Identification Number (VIN) | ) | |
| 1J4GL48K45W600621, held in evidence and associated | ) | |
| with Aurora Police Department case 2021-1832, currently | ) | |
| stored in the Aurora Police Department Impound Lot more | ) | |
| fully described in Attachment A, attached hereto. | ) | |
| | ) | |
| | ) | |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the ___State and___ District of ___Colorado___ *(identify the person or describe property to be searched and give its location)*:

**SEE "ATTACHMENT A"**, which is attached to and incorporated in this Application and Affidavit
The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

**SEE "ATTACHMENT B"**, which is attached to and incorporated in this Application and Affidavit
The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

      X  evidence of a crime;

      X  contraband, fruits of crime, or other items illegally possessed;

      X  property designed for use, intended for use, or used in committing a crime;

      ☐  a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of ___18___ U.S.C. § 2422(b), and the application is based on these facts:

    X  Continued on the attached affidavit, which is incorporated by reference.

    ☐  Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____*s/ Kristen Draper*_____
*Applicant's signature*

_____Special Agent Kristen Draper, DHS_____
*Printed name and title*

Sworn to before me and:   ☐ signed in my presence.
                    ☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: ___1/28/2021___

_____
*Judge's signature*

City and state: ___Denver, CO___

Scott T. Varholak, U.S. Magistrate Judge
*Printed name and title*

**ATTACHMENT A**

**<u>DESCRIPTION OF LOCATION TO BE SEARCHED</u>**

A 2005 Red Jeep Liberty, with Colorado plates ABVL23, and Vehicle Identification Number (VIN) 1J4GL48K45W600621, which is currently secured in the Aurora Police Department Impound Lot, space number 11-9, which is located at 19910 East Colfax Avenue, Aurora, Colorado, 80011.

## ATTACHMENT B

### DESCRIPTION OF ITEMS TO BE SEIZED AND SEARCHED

For the Subject Vehicle listed and described in Attachment A, the following items, that constitute evidence of the commission of, contraband, the fruits of crime, or instrumentalities of violations of Title 18, United States Code, Section 2422(b) (hereinafter "Subject Offenses"):

1. Devices or goods designed to assist with sexual activity to be used by Paul Castro during the purported sexual encounter with two minor females which was scheduled to occur on or about January 14, 2021, including but not limited to condoms, lubricant, or sex paraphernalia;

2. Any female clothing that could fit a minor female;

3. Any documents, receipts, invoices, pictures, or manifests for any items purchased by Paul Castro that Agents reasonably believe were for the purported sexual encounter with minor females which was scheduled to occur on or about January 14, 2021, including but not limited to female articles of clothing, sex paraphernalia, condoms, lubricant, or any other object that can be used in the sexual encounter with a minor;

4. Any and all information, notes, documents, records, or correspondence, in any format and medium, pertaining to violations of the Subject Offenses;

5. Any and all information, notes, documents, records, or correspondence, in any format or medium, pertaining to sexual activity with or sexual interest in minors;

6. Any and all information, notes, documents, records, or correspondence, in any format or medium, concerning Internet activity reflecting a sexual interest in minors;

7. Any and all information, notes, documents, records, or correspondence, in any form and medium pertaining to any minor who is, or appears to be, the subject of any visual depiction of child pornography, child erotica, sexual activity with other minors or adults, or of sexual interest, or that may be helpful in identifying any such minors;

8. Any and all address books, names, and lists of names and addresses of individuals who may have been contacted for the purpose of committing violations of the Subject Offenses;

9. Any and all information, documents, records, photos, videos, or correspondence, in any format or medium, pertaining to use or ownership of the Subject Vehicle, or that aid in the identification of persons involved in violations of the Subject Offenses;

10. Credit card information, bills, and payment records pertaining to violations of the Subject Offenses;

11. Descriptions of time, date, locations, items, or events showing or tending to show the commission of, or connecting or tending to connect a person to violations of the Subject Offenses;

12. Contextual information necessary to understand the evidence described in this attachment.

<u>DEFINITIONS:</u>

1.   As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing, drawing, painting); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

2.   "Child Pornography" is defined in 18 U.S.C. § 2256(8), which includes as any visual depiction of sexually explicit conduct involving the use of a minor; a digital image, computer image, or computer-generated image that is, or is indistinguishable from that of a minor engaged in sexually explicit conduct; or a visual depiction that has been created, adapted, or modified to appear than an identifiable minor is engaging in sexually explicit conduct.

3.   "Visual depiction" includes prints, copies of visual images, developed and undeveloped film and videotape, and data stored on computer disk or by electronic means, which is capable of conversion into a visual image.  See 18 U.S.C. § 2256(5).

4.   "Child Erotica" means materials or items that are sexually arousing to persons having a sexual interest in minors but that are not, in and of themselves, obscene or that do not necessarily depict minors in sexually explicit poses or positions; this also includes texts or discussions regarding minors engaged in sexual acts or conduct.

## AFFIDAVIT

I, Kristen Draper, being duly sworn, hereby depose and state that the following is true to the best of my information, knowledge, and belief:

## INTRODUCTION AND AGENT BACKROUND

1.  I am a Special Agent ("SA") with Homeland Security Investigations ("HSI") and have been so employed since October 2002.  I am currently assigned to the HSI Colorado Cyber Guardian Task Force.  I have successfully completed the Criminal Investigator Training Program and the HSI Special Agent Training program at the Federal Law Enforcement Training Center in Brunswick, GA, in addition to several other post-academy training programs.  As part of my duties, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography, in violation of Title 18, United States Code, Sections 2251, 2252, and 2252A and criminal offenses pertaining the enticement of a minor to engage in criminal sexual activity in violation of Title 18 United States Code, Section 2422.  I have received training and instruction in the field of investigation of child pornography and have had the opportunity to participate in investigations relating to the sexual exploitation of children.  As part of my training and experience, I have reviewed images containing child pornography in a variety of formats (such as digital still images and video images) and media (such as digital storage devices, the Internet, and printed images).  I have also been the affiant for and participated in the execution of numerous search warrants in child pornography and child exploitation investigations.

2.  Your Affiant is an "investigative or law enforcement officer" within the meaning of Section 2510(7) of Title 18, United States Code, and is authorized by law to conduct investigations and make arrests for offenses in Title 18, United States Code, Section 2516(1).   Your Affiant is a "Federal Law Enforcement Officer" within the meaning of Fed.R.Crim.P. 41(a)(2)(C) and is thus authorized to apply for a search warrant pursuant to this rule.  This affidavit is submitted in support of an application for a search warrant for a 2005 red Jeep Liberty, associated with Colorado license plate ABVL23, and Vehicle Identification Number (VIN) 1J4GL48K45W600621, registered to Paul Castro at 20337 East 46th Avenue, Denver, Colorado 80249, which is currently secured at the Aurora Police Department Impound Lot, space 11-9, at 19910 East Colfax Avenue, Aurora, Colorado, 80011, as further described in Attachment A (the "Subject Vehicle"), there being probable cause to believe that located in the places described in Attachment A are items described in Attachment B, being evidence, fruits, and instrumentalities of violations of Title 18, United States Code, Section 2422(b) (the "Subject Offenses").

3.  Because this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth facts that I believe are necessary to establish probable cause to believe that evidence, fruits, and instrumentalities of violations of Title 18, United States Code, Section 2422(b) are located in the place described in Attachment A.

4.  The information contained within the affidavit is based on my training and experience, as well as information imparted to me by other law enforcement officers involved in this investigation.

**RELEVANT STATUTES**

5.  This investigation concerns alleged violations of Title 18, United States Code, Section 2422(b), which prohibits a person from using the mail or any facility or means of interstate or foreign commerce to knowingly persuade, induce, entice, or coerce an individual who has not attained the age of 18 years to engage in sexual activity for which a person can be charged with a criminal offense, or attempting to do so.

**IDENTIFICATION OF THE SUBJECT VEHICLE TO BE SEARCHED**

6.  A vehicle is held in evidence at the Aurora Police Department Impound Lot in Aurora, Colorado, which was discovered in the possession of Paul Castro and seized incident to arrest.  It is being held in evidence in space number 11-9.  The item is one red Jeep Liberty bearing Colorado license plate ABVL23, and Vehicle Identification Number (VIN) 1J4GL48K45W600621, hereinafter and in Attachments A and B the "Subject Vehicle."

7.  Your Affiant believes there is probable cause to believe that the Subject Vehicle contains evidence, fruits, and instrumentalities of violations of Title 18, United States Code, Section 2422(b).

8.  The applied-for warrant would authorize a search of the Subject Vehicle for the purpose of identifying evidence particularly described in Attachment B.

9.  The Subject Vehicle is currently in the lawful possession of the Aurora Police Department.  It came into the Aurora Police Department's possession in the following way: On January 13 and 14, 2021, Paul Castro communicated with an undercover agent (hereinafter referred to as the "UC") and arranged to meet with two underage females the UC was purportedly selling to engage in sexual activity with in exchange for money.  On January 14, 2021, Paul Castro was arrested by officers from the Aurora Police Department after he arrived at the motel where he arranged to meet the UC to conduct the transaction.  Paul Castro drove the Subject Vehicle to the meeting where he was subsequently arrested, and it was seized to preserve evidence.

**INDIVIDUALS WHO HAVE A SEXUAL INTEREST IN CHILDREN AND POSSESS, RECEIVE AND/OR DISTRIBUTE CHILD PORNOGRAPHY**

10.  Based on my previous training and experience related to investigations involving the sexual abuse of children, I have learned that individuals who have a sexual attraction to children, and who are willing to engage in unlawful sexual contact with children, often possess, receive, distribute or access with intent to view child pornography.  Based upon my knowledge, experience, and training in child pornography investigations, and the training and experience of other law enforcement officers with whom I have had discussions, there are certain characteristics common to individuals involved in the receipt and collection of child pornography:

A.  The majority of individuals who collect child pornography are persons who have a sexual attraction to children.  They receive sexual gratification and satisfaction from sexual fantasies fueled by depictions of children that are sexual in nature.

B.  The majority of individuals who collect child pornography collect sexually explicit materials, which may consist of photographs, magazines, motion pictures, video tapes, books, slides, computer graphics or digital or other images for their own sexual gratification.  The majority of

these individuals also collect child erotica, which may consist of images or text that do not rise to the level of child pornography but which nonetheless fuel their deviant sexual fantasies involving children. Non-pornographic, seemingly innocuous images of minors are often found on computers and digital storage devices that also contain child pornography, or that is used to communicate with others about sexual activity or interest in children. Such images are useful in attempting to identify actual minors depicted in child pornography images found during the execution of a search warrant. In certain cases, such images may also assist in determining the origins of a particular child pornography image or series of images.

C. The majority of individuals who collect child pornography rarely, if ever, dispose of their sexually explicit materials and may go to great lengths to conceal and protect from discovery, theft, and damage their collections of illicit materials. They almost always maintain their collections in the privacy and security of their homes, cars, garages, sheds, and other secure storage locations, such as in a digital or electronic format in a safe, secure, and private environment, including in cloud-based storage online or on their person.

D. The majority of individuals who child pornography often seek out like-minded individuals, either in person or on the Internet, to share information and trade depictions of child pornography and child erotica as a means of gaining status, trust, acceptance and support. This contact helps these individuals to rationalize and validate their deviant sexual interest and associated behavior. The different Internet-based vehicles used by such individuals to communicate with each other include, but are not limited to, e-mail, e-mail groups, bulletin boards, IRC, newsgroups, instant messaging, and other similar vehicles.

E. The majority of individuals collect child pornography maintain books, magazines, newspapers and other writings, in hard copy or digital medium, on the subject of sexual activities with children, as a way of understanding their own feelings toward children, justifying those feelings and finding comfort for their illicit behavior and desires. Such individuals rarely destroy these materials because of the psychological support they provide.

F. The majority of individuals who collect child pornography often collect, read, copy or maintain names, screen names or nicknames, addresses (including e-mail addresses), phone numbers, or lists of persons who have advertised or otherwise made known in publications and on the Internet that they have similar sexual interests. These contacts are maintained as a means of personal referral, exchange or commercial profit. These names may be maintained in the original medium from which they were derived, in telephone books or notebooks, on computer storage devices, or merely on scraps of paper.

G. Based upon training and experience, I know that persons in engaged in the possession of child erotica are also often involved in the possession of child pornography. Likewise, I know from training and experience that persons involved in the possession of child pornography are often involved in the possession of child erotica.

H. Based on my training, knowledge, experience, and conversations with others in law enforcement, I understand that an individual who possesses images and/or videos depicting child pornography on one digital storage devices and/or Internet email or online storage account is likely to possess child pornography on additional digital storage devices and/or Internet email or online storage accounts that s/he possesses. Additionally, based on this training and experience, I understand that an individual who discusses the sexual abuse and/or exploitation of children on one digital storage device is likely to conduct those communications on additional digital storage devices that s/he possesses.

3

## INVESTIGATION

11. On January 13 and 14, 2021, members of the Homeland Security Investigations ("HSI") Colorado Cyber Guardian Task Force ("CCGTF") conducted an undercover operation focused on identifying and arresting individuals predisposed to engage in sexual activity with minors.  The operation was based out of the HSI Denver office located at 5445 DTC Parkway, Suite 600, Greenwood Village, Arapahoe County, State of Colorado, 80111.  As part of this operation, CCGTF personnel posted advertisements on various internet websites that are known for prostitution and escort services.

12. On January 13, 2021, at 12:46 PM one responder (The Suspect) responded to the ad with the number 806-640-4585.  The Responder was later positively identified as Paul Castro with a year of birth of 1966.  HSI Special Agent ("SA") Kristen Draper took on the undercover persona of a mother who was offering her 13 and 14-year-old daughters for prostitution.  Below is a verbatim copy of the communication between SA Draper and Paul Castro:

| | | | | | |
|---|---|---|---|---|---|
| 2021/01/13 | 12:46:53 PM MST | 806-640-4585 | SMS | CASTRO | Hi.. Saw your ad.  Where in Denver are you?  Only looking for one.. pics?? |
| 2021/01/13 | 05:22:37 PM MST | 806-640-4585 | SMS | UC | Hi hun... coming into Denver tonight and got two young girls ready to play... Crystal is 14 yo and lots of fun and Emma is 13 yo and very sweet |
| 2021/01/13 | 05:47:28 PM MST | 806-640-4585 | SMS | CASTRO | Nice |
| 2021/01/13 | 05:47:37 PM MST | 806-640-4585 | SMS | CASTRO | Uhmm face pics?? |
| 2021/01/13 | 05:48:13 PM MST | 806-640-4585 | SMS | CASTRO | Where are you going to be |
| 2021/01/13 | 05:49:26 PM MST | 806-640-4585 | SMS | UC | Not sure where we r staying yet... sorry hun I don't send face pics of the girls. Not safe ya know? |
| 2021/01/13 | 05:50:22 PM MST | 806-640-4585 | SMS | CASTRO | Ok. Description??  White? Black? Blonde?? |
| 2021/01/13 | 05:52:14 PM MST | 806-640-4585 | SMS | UC | They r both white and petite with brown hair. |
| 2021/01/13 | 05:53:01 PM MST | 806-640-4585 | SMS | CASTRO | Ok.  You in town tonight only?? |
| 2021/01/13 | 05:55:00 PM MST | 806-640-4585 | SMS | CASTRO | Rates??  Which one would be GFE type? |
| 2021/01/13 | 05:55:15 PM MST | 806-640-4585 | SMS | UC | Kinda depends on how business is lol |
| 2021/01/13 | 05:56:00 PM MST | 806-640-4585 | SMS | CASTRO | Sorry.  I know that's a lot of questions. I understand. I'm definitely interested. Just didn't think I'd hear back so it made some plans. |

| 2021/01/13 | 05:57:55 PM MST | 806-640-4585 | SMS | UC | hh 130 ☻200 hr depends on what kinda gf u want lol Crystal is more expierienced and down for more but Emma is really sweet if that is more your type |
|---|---|---|---|---|---|
| 2021/01/13 | 05:58:28 PM MST | 806-640-4585 | SMS | CASTRO | Nice |
| 2021/01/13 | 05:59:33 PM MST | 806-640-4585 | SMS | CASTRO | As long as she's into it, I'll be good. I like both those descriptions! Hahaha |
| 2021/01/13 | 05:59:44 PM MST | 806-640-4585 | SMS | UC | Crystal will do greek for an extra 50 |
| 2021/01/13 | 06:00:32 PM MST | 806-640-4585 | SMS | CASTRO | VERY HOT!  When are you going to know where you'll be? |
| 2021/01/13 | 06:01:11 PM MST | 806-640-4585 | SMS | UC | Yeah hun either girl will treat u very well and enjoy what they do 😊 I don't force either of them and u seem super nice so I am sure y'all will hit it off and have lots of fun |
| 2021/01/13 | 06:02:15 PM MST | 806-640-4585 | SMS | UC | When we get into town tonight... prolly around midnight I'll figure out where we r staying then... u have plans 2nite already? |
| 2021/01/13 | 06:02:38 PM MST | 806-640-4585 | SMS | CASTRO | Cool. Thanks!! |
| 2021/01/13 | 06:03:11 PM MST | 806-640-4585 | SMS | CASTRO | I do actually. Until about 11:00 11:30. But then I got to work early tomorrow |
| 2021/01/13 | 06:04:21 PM MST | 806-640-4585 | SMS | CASTRO | I'm good with tomorrow.. I work from like 5:00 a.m. to about noon. But I'll make time if that's what it takes. Hahaha |
| 2021/01/13 | 06:19:14 PM MST | 806-640-4585 | SMS | UC | Lol I like that! We cud def do tomorrow afternoon....  did u want Crystal or Emma? Both? |
| 2021/01/13 | 06:19:29 PM MST | 806-640-4585 | SMS | UC | Oh and ur not a cop, right? |
| 2021/01/13 | 06:20:59 PM MST | 806-640-4585 | SMS | CASTRO | Not a cop! Hahaha both? Man that sounds hot. Hahaha |
| 2021/01/13 | 06:21:38 PM MST | 806-640-4585 | SMS | CASTRO | Definitely hard to choose! |
| 2021/01/13 | 06:22:12 PM MST | 806-640-4585 | SMS | CASTRO | Driving right now. Give me a second. |
| 2021/01/13 | 06:23:03 PM MST | 806-640-4585 | SMS | UC | If u want both we can for sure arrange that lol okay hun lemme know! |

| 2021/01/13 | 06:39:06 PM MST | 806-640-4585 | SMS | CASTRO | Are the three of you staying in the same room? Sorry. Not sure how That works.  Would early early tonight.. Like 3 am be feasible??  Just wondering |
| 2021/01/13 | 06:40:28 PM MST | 806-640-4585 | SMS | UC | Lol no worries... we sleep in the same room but I will leave during your date so that you can have some privacy. |
| 2021/01/13 | 06:41:05 PM MST | 806-640-4585 | SMS | UC | Hopefully we'll be sleeping at 3am lol |
| 2021/01/13 | 06:47:19 PM MST | 806-640-4585 | SMS | CASTRO | Hehe..ok.   what's the rate for one hour with both??? |
| 2021/01/13 | 06:48:50 PM MST | 806-640-4585 | SMS | UC | 🔞325🔞for both for an hr hun |
| 2021/01/13 | 06:49:56 PM MST | 806-640-4585 | SMS | CASTRO | Nice.  I like that. Ok. I'll hit you up tomorrow |
| 2021/01/13 | 06:51:09 PM MST | 806-640-4585 | SMS | UC | Sounds good... ttyl |
| 2021/01/14 | 01:32:43 PM MST | 806-640-4585 | SMS | UC | hey hun just gettin up n wanted to see if u were still interested |

13. CBI analyst Jenkin conducted queries using public and law enforcement databases and found the telephone number 806-640-4585 belongs to Paul Castro year of birth 1966. It was determined that Paul Castro is a registered sex offender.

14. On January 13, 2021, at 11:32 AM, one responder (The Suspect) responded with the number 469-715-2529.  (It wasn't determined until after Paul Castro was arrested that he was associated to both numbers.)  Below is a verbatim copy of the communication between SA Draper and Paul Castro from the new cell phone number:

| 2021/01/13 | 11:32:32 AM MST | 469-715-2529 | SMS | CASTRO | Nice ad!  What part of Denver are you in? |
| 2021/01/13 | 06:24:39 PM MST | 469-715-2529 | SMS | UC | Hi hun... driving in 2nite so not totally sure where we will be staying... 2 young girls ready to play.... Crystal is 14 yo and very fun n Emma is 13 yo and super sweet |
| 2021/01/13 | 10:56:59 PM MST | 469-715-2529 | SMS | CASTRO | Hi.. sorry. Just got your msg. Sounds good. What part of town will you be in? |
| 2021/01/13 | 10:59:57 PM MST | 469-715-2529 | SMS | UC | i think we'll be around denver. which one were you thinking of? |
| 2021/01/13 | 11:01:37 PM MST | 469-715-2529 | SMS | CASTRO | Which girl?  I dunno. Would be nice if I could see what they look like? Body types? |

| 2021/01/13 | 11:02:29 PM MST | 469-715-2529 | SMS | CASTRO | Also.. rates? |
|---|---|---|---|---|---|
| 2021/01/13 | 11:04:18 PM MST | 469-715-2529 | SMS | CASTRO | Very sexy. Nice. |
| 2021/01/13 | 11:04:19 PM MST | 469-715-2529 | MMS | UC | Crystal 🐾 |
| 2021/01/13 | 11:06:37 PM MST | 469-715-2529 | MMS | UC | Emma 🐾 |
| 2021/01/13 | 11:07:07 PM MST | 469-715-2529 | SMS | CASTRO | Wow.. both are super sexy. TOUGH CHOICE!! haha |
| 2021/01/13 | 11:07:13 PM MST | 469-715-2529 | SMS | UC | rates depend baby you want one or both??? they play well together |
| 2021/01/13 | 11:09:02 PM MST | 469-715-2529 | SMS | CASTRO | Hmmmm.. when are they available? Your msg said you were driving in tonight? |
| 2021/01/13 | 11:09:43 PM MST | 469-715-2529 | SMS | CASTRO | If they play well together.. ?? Why not both? 😊 |
| 2021/01/13 | 11:10:00 PM MST | 469-715-2529 | SMS | UC | yeah were coming in from az so we probably wont be avail tonight but were setting up dates for tomorrow? |
| 2021/01/13 | 11:10:23 PM MST | 469-715-2529 | SMS | CASTRO | Oh nice! Ok. Count me in! |
| 2021/01/13 | 11:10:33 PM MST | 469-715-2529 | SMS | UC | would you want an hh or hr?? |
| 2021/01/13 | 11:11:16 PM MST | 469-715-2529 | SMS | CASTRO | For both.. need at LEAST an hour.. 😊 |
| 2021/01/13 | 11:12:32 PM MST | 469-715-2529 | SMS | UC | 😊 hr would be 325 👄 donation... |
| 2021/01/13 | 11:13:40 PM MST | 469-715-2529 | SMS | CASTRO | Ok. I can do that. Any idea of your time frame? |
| 2021/01/13 | 11:15:29 PM MST | 469-715-2529 | SMS | CASTRO | Oh..uhmmm.. do they enjoy the companionship of older men? I mean.. would be more fun for ME if there was some enthusiasm on their part? |
| 2021/01/13 | 11:16:01 PM MST | 469-715-2529 | SMS | CASTRO | I'm not 100.. but I'm not in my 20s either |
| 2021/01/13 | 11:16:46 PM MST | 469-715-2529 | SMS | UC | oh definitely babe they love what they do! Emma is still a little shy but shes eager to learn and loves playing with Crystal! |

| 2021/01/13 | 11:18:04 PM MST | 469-715-2529 | SMS | CASTRO | Very nice! 😊 So it's good that they will be together for my time with them then! |
|---|---|---|---|---|---|
| 2021/01/13 | 11:19:22 PM MST | 469-715-2529 | SMS | CASTRO | Do you have a time set up for me to come visit? Or not yet? Still driving? |
| 2021/01/13 | 11:19:25 PM MST | 469-715-2529 | SMS | UC | yes baby they will love it 😎 |
| 2021/01/13 | 11:19:37 PM MST | 469-715-2529 | SMS | CASTRO | Hehe.. awesome! |
| 2021/01/13 | 11:20:05 PM MST | 469-715-2529 | SMS | CASTRO | Oh.. I'm Hispanic.. is that an issue? |
| 2021/01/13 | 11:20:08 PM MST | 469-715-2529 | SMS | UC | is there a time that works for you tomorrow baby? |
| 2021/01/13 | 11:22:38 PM MST | 469-715-2529 | SMS | UC | not an issue hun! |
| 2021/01/13 | 11:24:51 PM MST | 469-715-2529 | SMS | CASTRO | Uhmm?? Depending on where you are gonna be..? I'd say anytime after 6 tomorrow? Or if daytime is better.. between 9 am to 1 pm..?? |
| 2021/01/13 | 11:26:12 PM MST | 469-715-2529 | SMS | UC | we can do evening baby and i can just let you know if anything comes up that changes. and your good with cash? and bringing condoms? |
| 2021/01/13 | 11:29:51 PM MST | 469-715-2529 | SMS | CASTRO | Yes. I'm good with that. I get the full hour.. with both.. So I can use as many condoms as i am able to?? Haha |
| 2021/01/13 | 11:32:39 PM MST | 469-715-2529 | SMS | UC | yes baby but no water sports, greek, or hurting them. greek is avail for Crystal but extra donation. you can also take pics for extra donation baby |
| 2021/01/13 | 11:35:12 PM MST | 469-715-2529 | SMS | CASTRO | No water sports or pain for me. Want THEM to enjoy it to.. So they will be OK seeing me again! And greek? Mmm.. Tempting.. Hehe.. we'll see. I'll pass on the pics as well.. maybe the next time? |
| 2021/01/13 | 11:38:45 PM MST | 469-715-2529 | SMS | UC | okay baby so 325 hr for both 😈 i hate to ask cause you seem so nice but your not the cops right you have to tell me if you are? |

| 2021/01/13 | 11:40:46 PM MST | 469-715-2529 | SMS | CASTRO | I'm not.. but I don't know what the law says about that.  I mean.. I understand  being cautious.. so.. you're not a sting of some sort? Are you??? |
| 2021/01/13 | 11:41:26 PM MST | 469-715-2529 | SMS | CASTRO | Sorry.  But you brought up a good point!  Hehe |
| 2021/01/13 | 11:42:11 PM MST | 469-715-2529 | SMS | UC | fuck no baby i could go to jail and leave my girls with no one... were just trying to make money. weve just had bad experiences so i have to make sure were gunna be alight |
| 2021/01/13 | 11:45:22 PM MST | 469-715-2529 | SMS | CASTRO | I get that.  Nothing to worry about with me. The ONE thing I was told is that a cop will not expose himself when asked.. or touch a girl "suggestively".. so I've had some girls I've met for fun ask me to expose myself or touch their boob to prove I wasn't?? |
| 2021/01/13 | 11:47:02 PM MST | 469-715-2529 | SMS | CASTRO | Don't know if that helps?? Cuz I really have NO IDEA!  But I do know cops are allowed to LIE to you.  With no consequences..? |
| 2021/01/13 | 11:47:41 PM MST | 469-715-2529 | SMS | CASTRO | Not trying to freak you out. Sorry.  I talk too much sometimes |
| 2021/01/13 | 11:49:01 PM MST | 469-715-2529 | SMS | UC | really that is worrysome??? i just dont wanna get busted i always heard they have to tell you but i believe you baby. |
| 2021/01/13 | 11:49:27 PM MST | 469-715-2529 | SMS | CASTRO | ??  Don't know.. ?? Sorry. |
| 2021/01/13 | 11:50:12 PM MST | 469-715-2529 | SMS | UC | thats okay baby lol |
| 2021/01/13 | 11:51:40 PM MST | 469-715-2529 | SMS | CASTRO | I'm looking forward to meeting those hot sexy girls of yours!  Please don't forget about me.. I'm sure their schedule is filling up!!! |
| 2021/01/13 | 11:54:51 PM MST | 469-715-2529 | SMS | UC | we wont forget about you baby 😊 will you please text me in the morning just to confirm. we get so many flakes i just wanna know its real tomorrow too |

| 2021/01/13 | 11:55:37 PM MST | 469-715-2529 | SMS | CASTRO | Ok.  Will do.  Any certain time? |
|---|---|---|---|---|---|
| 2021/01/13 | 11:55:56 PM MST | 469-715-2529 | SMS | UC | anytime baby we will probably sleep in |
| 2021/01/13 | 11:57:00 PM MST | 469-715-2529 | SMS | CASTRO | By the way.. I'm Alex.. 😊. Ok.  I'll give you time to sleep.  Will try to call between 12 and 1pm?  Fair enough? |
| 2021/01/13 | 11:58:38 PM MST | 469-715-2529 | SMS | UC | okay Alex 😊 sounds good baby well talk tomorrow |
| 2021/01/13 | 11:58:56 PM MST | 469-715-2529 | SMS | CASTRO | 👍 |
| 2021/01/14 | 11:00:25 AM MST | 469-715-2529 | SMS | CASTRO | Good morning.  Just checking to see that you all got settled! 😊. What part of town you staying in? |
| 2021/01/14 | 01:23:19 PM MST | 469-715-2529 | SMS | UC | Hi hun... just gettin up |
| 2021/01/14 | 01:23:53 PM MST | 469-715-2529 | SMS | CASTRO | Ok.  Didn't mean to wake you!  Get settled in? |
| 2021/01/14 | 01:30:13 PM MST | 469-715-2529 | SMS | UC | its ok baby need to get up |
| 2021/01/14 | 01:30:42 PM MST | 469-715-2529 | SMS | CASTRO | Sounds like you guys had a very long trip! |
| 2021/01/14 | 01:31:27 PM MST | 469-715-2529 | SMS | UC | ya finally got some rest... seems like well have a busy day baby let me know if u still interested |
| 2021/01/14 | 01:52:13 PM MST | 469-715-2529 | SMS | UC | its kool if u not interested baby just let me know cuz we bookin up |
| 2021/01/14 | 01:53:03 PM MST | 469-715-2529 | SMS | CASTRO | I'm definitely interested..  but might be later tonight.. That's all |
| 2021/01/14 | 01:53:37 PM MST | 469-715-2529 | SMS | CASTRO | How about if I msg you later.. When I'm free? |
| 2021/01/14 | 01:58:22 PM MST | 469-715-2529 | SMS | UC | ya that should work.. like what time u thinkin baby? just want to mk sure we ready for u hun |
| 2021/01/14 | 01:59:30 PM MST | 469-715-2529 | SMS | CASTRO | Well.. where are you staying?  Traffic might hold me up.. But I'm thinking like 630 or so?? |
| 2021/01/14 | 02:06:00 PM MST | 469-715-2529 | SMS | UC | i think this is like east denver baby |
| 2021/01/14 | 02:06:41 PM MST | 469-715-2529 | SMS | CASTRO | Ok..  but.. Like what hotel?  East Denver traffic isn't bad.. |

| | | | | | |
|---|---|---|---|---|---|
| 2021/01/14 | 02:07:57 PM MST | 469-715-2529 | SMS | UC | baby i dont like to give my hotel where we stayin until i know for sure u coming.. weve had some really scary things happen to us |
| 2021/01/14 | 02:51:44 PM MST | 469-715-2529 | SMS | CASTRO | Ok.  Sounds like maybe you don't want me to show... That's cool.  The girls are in the pics are very sexy.  Was a nice fantasy I suppose.  Take care. |
| 2021/01/14 | 03:11:04 PM MST | 469-715-2529 | SMS | CASTRO | ☹☹☹ |
| 2021/01/14 | 03:33:37 PM MST | 469-715-2529 | SMS | UC | No for real it is just not safe... had sum real bad things happen before if I wasnt careful ya know? |
| 2021/01/14 | 03:43:39 PM MST | 469-715-2529 | SMS | CASTRO | Ok.  Can you at least give me a general idea??  Like are you off I-70.. I-25..I225??  Just wanted to give you a more accurate time since I'm sure you're swamped |
| 2021/01/14 | 03:45:17 PM MST | 469-715-2529 | SMS | UC | Thx for understanding 😊 so we r close to I225 |
| 2021/01/14 | 03:45:25 PM MST | 469-715-2529 | SMS | CASTRO | I'm not crazy.. Not do I want to get me or you in trouble.  But I get where you're coming from |
| 2021/01/14 | 03:46:15 PM MST | 469-715-2529 | SMS | CASTRO | Ok. Nice!  That's on my way home. 😁. What times do you have available? |
| 2021/01/14 | 03:47:52 PM MST | 469-715-2529 | SMS | UC | I def don't want trouble either.... or crazy lol already seen enough of that! |
| 2021/01/14 | 03:48:56 PM MST | 469-715-2529 | SMS | UC | Nice! Wut time r u thinking? cud probably do like 5? |
| 2021/01/14 | 03:49:25 PM MST | 469-715-2529 | SMS | CASTRO | Uhmm.. more like 6 actually.. is that too late? |
| 2021/01/14 | 03:50:16 PM MST | 469-715-2529 | SMS | UC | Nah hun 6 is good... I can keep it open for ya 😊 |
| 2021/01/14 | 03:54:15 PM MST | 469-715-2529 | SMS | CASTRO | Cool. |
| 2021/01/14 | 03:55:07 PM MST | 469-715-2529 | SMS | CASTRO | I can msg you when I'm headed your way. |
| 2021/01/14 | 05:02:02 PM MST | 469-715-2529 | SMS | UC | Yea that wud be perfect |

| 2021/01/14 | 05:45:27 PM MST | 469-715-2529 | SMS | CASTRO | Headed your way. Where should I go? |
|---|---|---|---|---|---|
| 2021/01/14 | 05:46:08 PM MST | 469-715-2529 | SMS | CASTRO | Also, before you answer, I do have one request. This is a little nerve-racking for me not sure what to expect. Can you do me one favor? |
| 2021/01/14 | 05:47:00 PM MST | 469-715-2529 | SMS | UC | Lol oh man what kind of favor 😬 |
| 2021/01/14 | 05:47:25 PM MST | 469-715-2529 | SMS | UC | R U into sum crazy shit? |
| 2021/01/14 | 05:47:40 PM MST | 469-715-2529 | SMS | CASTRO | Nothing super difficult. I just want to make sure that everything is for real. |
| 2021/01/14 | 05:48:03 PM MST | 469-715-2529 | SMS | CASTRO | Oh no no no! Hahaha |
| 2021/01/14 | 05:48:18 PM MST | 469-715-2529 | SMS | UC | phew okay what do u want? |
| 2021/01/14 | 05:49:40 PM MST | 469-715-2529 | SMS | CASTRO | Can you have the girls stand next to each other and put up a peace sign. Then take the picture of the back of her heads with the peace sign up just so I know that they are there. Does that make sense? |
| 2021/01/14 | 05:50:26 PM MST | 469-715-2529 | SMS | CASTRO | It's crazy as it sounds, if you were law enforcement or something like that I seriously thought you would have rules in the room with you. Haha |
| 2021/01/14 | 05:51:00 PM MST | 469-715-2529 | SMS | CASTRO | I seriously doubt there would be two girls there |
| 2021/01/14 | 05:51:06 PM MST | 469-715-2529 | SMS | UC | lol yea okay |
| 2021/01/14 | 05:51:47 PM MST | 469-715-2529 | SMS | UC | can u send me a pic? Don't have to be of your face? |
| 2021/01/14 | 05:52:31 PM MST | 469-715-2529 | SMS | CASTRO | Okay. No face. What do you want to see? |
| 2021/01/14 | 05:56:17 PM MST | 469-715-2529 | SMS | UC | Can u send a pic of the 👧 fanned out and holding up 2 fingers? |
| 2021/01/14 | 06:00:29 PM MST | 469-715-2529 | SMS | CASTRO | Oh yeah*!!! I like that visual! Hahaha give me a few to get it set up. |
| 2021/01/14 | 06:01:41 PM MST | 469-715-2529 | SMS | UC | LMFAO 😆 okay cool... lemme grab the girlz n take ur pic |

| 2021/01/14 | 06:17:39 PM MST | 469-715-2529 | SMS | CASTRO | Oh crap.. Forgot my two fingers.. |
|---|---|---|---|---|---|
| 2021/01/14 | 06:18:56 PM MST | 469-715-2529 | MMS | CASTRO | |
| 2021/01/14 | 06:19:17 PM MST | 469-715-2529 | SMS | CASTRO | Nice pic!  Get mine? |
| 2021/01/14 | 06:20:14 PM MST | 469-715-2529 | SMS | UC | I did... r u sure that is yours lol I don't see the peace sign! |
| 2021/01/14 | 06:20:59 PM MST | 469-715-2529 | SMS | CASTRO | Hehe..  want me to do it again? |
| 2021/01/14 | 06:22:24 PM MST | 469-715-2529 | SMS | UC | Jus wanna make sure ur legit |
| 2021/01/14 | 06:32:13 PM MST | 469-715-2529 | SMS | CASTRO | Bad signal.. Taking long time.. or msgs not getting through |
| 2021/01/14 | 06:32:17 PM MST | 469-715-2529 | SMS | CASTRO | Still nervous though.. sorry.. I need to relax a little.. |
| 2021/01/14 | 06:32:28 PM MST | 469-715-2529 | SMS | CASTRO | I get that.  Same here.  Not trying to walk into a bad situation. |
| 2021/01/14 | 06:33:29 PM MST | 469-715-2529 | MMS | CASTRO | |
| 2021/01/14 | 06:34:15 PM MST | 469-715-2529 | SMS | UC | Nice! Thx ! |
| 2021/01/14 | 06:34:58 PM MST | 469-715-2529 | SMS | CASTRO | Get all that? Dang. |
| 2021/01/14 | 06:37:43 PM MST | 469-715-2529 | SMS | UC | Sure did 😊 |
| 2021/01/14 | 06:39:30 PM MST | 469-715-2529 | SMS | UC | R u gonna head over? The hotel is right off I-225 & Iliff |
| 2021/01/14 | 06:41:04 PM MST | 469-715-2529 | SMS | UC | Wud u mind meeting me at the 7-11 next door first? Just wanna meet u to make sure that ur cool and not like a psycho or something. I'll give ya the key once I know ur cool and u can head over. |
| 2021/01/14 | 06:45:32 PM MST | 469-715-2529 | SMS | CASTRO | Are you not going to be in the room with the girls? |
| 2021/01/14 | 06:46:32 PM MST | 469-715-2529 | SMS | CASTRO | I mean when we first meet. Cuz how would I know the key would even work? |

| | | | | | |
|---|---|---|---|---|---|
| 2021/01/14 | 06:47:50 PM MST | 469-715-2529 | SMS | UC | Oh yea i gotcha yea I will give u your privacy but can walk over and introduce u if that works better... whatever u wud feel more fomfortable with |
| 2021/01/14 | 06:54:22 PM MST | 469-715-2529 | SMS | CASTRO | Ok. How far is the hotel from there? Just kind of cold. That's all. But if you want to walk all the way to the 7-Eleven, I can meet you there. |
| 2021/01/14 | 06:57:29 PM MST | 469-715-2529 | SMS | UC | It is real close to the hotel |
| 2021/01/14 | 07:00:42 PM MST | 469-715-2529 | SMS | CASTRO | Ok. |
| 2021/01/14 | 07:02:24 PM MST | 469-715-2529 | SMS | UC | R u close? Was thinkin of grabbing some dinner for us but can wait. |
| 2021/01/14 | 07:03:02 PM MST | 469-715-2529 | SMS | CASTRO | I'm headed that way. What are you wearing? You gonna be up front? |
| 2021/01/14 | 07:03:29 PM MST | 469-715-2529 | SMS | CASTRO | I'm about 10 mins away |
| 2021/01/14 | 07:06:30 PM MST | 469-715-2529 | SMS | UC | K the girls r super hangry so I'm gonna grab them a quick bite k hun? |
| 2021/01/14 | 07:07:01 PM MST | 469-715-2529 | SMS | CASTRO | K.. |
| 2021/01/14 | 07:07:52 PM MST | 469-715-2529 | SMS | CASTRO | I can give you a ride back if you want?? |
| 2021/01/14 | 07:10:19 PM MST | 469-715-2529 | SMS | UC | Ur too sweet 😊 I am gonna pick up food at outback... want to meet me there? |
| 2021/01/14 | 07:11:38 PM MST | 469-715-2529 | SMS | CASTRO | Ok. But.. Where is that? LOL. I'll find it.. Nevermind.. |
| 2021/01/14 | 07:13:14 PM MST | 469-715-2529 | SMS | UC | It is near like Evans and Abiline |
| 2021/01/14 | 07:14:16 PM MST | 469-715-2529 | SMS | UC | Lol sorry I don't know the address |
| 2021/01/14 | 07:17:49 PM MST | 469-715-2529 | SMS | CASTRO | All good. I'll find the nearest one. Haha |
| 2021/01/14 | 07:19:19 PM MST | 469-715-2529 | SMS | CASTRO | Are you walking there? Is it close to your hotel? do you mind telling me the name of the hotel so I'll know if I'm at the right place? |

14

| 2021/01/14 | 07:21:35 PM MST | 469-715-2529 | SMS | UC | Yeah I'm gonna walk over and it is close to the motel 6 |
|---|---|---|---|---|---|
| 2021/01/14 | 07:25:09 PM MST | 469-715-2529 | SMS | CASTRO | Uhhh.. if you're at the motel 6 I think you are, and you're going to outback, it's not that close. I can give you a ride if you haven't started walking yet. |
| 2021/01/14 | 07:26:01 PM MST | 469-715-2529 | SMS | UC | oh shit okay i thoughr it was closer lol i suck at directions |
| 2021/01/14 | 07:29:09 PM MST | 469-715-2529 | SMS | UC | R u sure? That wud be super cool. I'm gonna head down and smoke u wanna pick me up in the back of the hotel? |
| 2021/01/14 | 07:31:17 PM MST | 469-715-2529 | SMS | CASTRO | Hehe.. all good |
| 2021/01/14 | 07:31:53 PM MST | 469-715-2529 | SMS | UC | Thx 😊 |
| 2021/01/14 | 07:32:28 PM MST | 469-715-2529 | SMS | UC | I will be out back... wearing black pants and black knee hi boots |
| 2021/01/14 | 07:37:11 PM MST | 469-715-2529 | Call | UC | |
| 2021/01/14 | 07:37:43 PM MST | 469-715-2529 | Call | UC | |

15. During the communications, SA Draper utilized lingo and phrases that are common for the negotiation of exchanging cash for sex. The lingo usually entails talking about "donations" instead of an exchange of cash. Talking about the time, an hour "HR" or half hour "HH", refers to regular sexual intercourse. Discussions of oral or anal sex usually include the terms BJ ("blow job" for oral sex) or Greek (for anal sex). Based on training and experience, SA Draper knows that "GFE" is slang for "girlfriend experience" and means that the sexual encounter includes kissing, cuddling and/or hugging in addition to sexual intercourse. Also based on training and experience, SA Draper knows that the term "water sports" is sexual activity in which urine is involved.

16. For images of the teen aged-child victims, HSI SA Draper sent pictures of a young-looking confidential informant and young-looking CBI analysts. Their faces were cropped out of the photographs or their faces were not in the pictures.

17. Because the Suspect was not positively identified before he arrived, SA Draper instructed him go to the 7-11 store near the intersection of Iliff Avenue and Blackhawk Street in Aurora, Colorado. CCGTF personnel planned to send the Suspect to the hotel from the 7-11 store so the vehicle could be positively identified prior to his arrival at the hotel.

18. Aurora Police Department (APD) Detective Pat McGinty was doing surveillance of the 7-11 /parking lot and observed a red Jeep Liberty parked on the east side of the store. Detective McGinty observed the Jeep Liberty make a slow loop through the parking lots near the 7-11 and then go eastbound on Iliff Avenue.

19. The Jeep Liberty was then seen parking near the Rosie's Diner at 14061 E Iliff Avenue. Detective McGinty located the Jeep Liberty and confirmed it was the same one that was previously at the 7-11. Detective McGinty observed the Jeep Liberty bearing Colorado license plate ABVL23. The Suspect was instructed to drive to the north side of the Motel 6 located at 14031 E Iliff Avenue, Aurora, Colorado. The Suspect was told he would see a female (The UC Persona) wearing all black and smoking a cigarette. HSI SA Meraly Delucca was utilized as the decoy for the UC Persona. Once Paul Castro arrived at the north side of the hotel, he was contacted by uniformed APD Gang Unit officers and placed into custody.

20. A black Samsung cellular telephone was found in Paul Castro's vehicle and seized as evidence. Messages/calls were sent from the UC phone numbers to 806-640-4585 and 469-715-2529 and those messages/calls were seen displaying on the screen of the black Samsung cellular telephone that Paul Castro had in his possession at the time of his arrest.

21. Paul Castro was searched incident to arrest and officers found exactly $325 in his front pants pocket. This is the same amount of cash that Paul Castro agreed to pay to have sex with two under aged children. Paul Castro was positively identified by the photo on his Colorado Driver's License. Paul Castro was transported to the Aurora Jail. At the jail, Detective McGinty advised Paul Castro of the charges he was facing and asked him if he would be interested in making any statements. Paul Castro advised that he did not wish to make any statements. Detective McGinty did not ask him any further questions.

22. Therefore, while your Affiant might already have all necessary authority to search the Subject Vehicle, your Affiant seeks this additional warrant out of an abundance of caution to be certain that a search of the Subject Vehicle will comply with the Fourth Amendment and other applicable laws.

23. The Subject Vehicle is currently in storage at the Aurora Impound Lot located at 19910 East Colfax Avenue, Aurora, Colorado, 80011. In my training and experience, I know that the Subject Vehicle has been stored in a manner in which the contents are, to the extent material to this investigation, in substantially the same state as they were when the Subject Vehicle first came into the possession of the Aurora Police Department.

## CONCLUSION

39. Based on the investigation described above, probable cause exists to believe that inside the Subject Vehicle (described on Attachment A), will be found evidence, fruits, and instrumentalities of a violation of Title 18, United States Code, Section 2422(b) (described on Attachment B). Such items

that may be found in vehicle include devices or goods designed to assist with sexual activity to be used by Paul Castro during the purported sexual encounter with two minor females, items related to other sexual encounters with minor females, and child pornography.

40. I, therefore, respectfully request that the attached warrant be issued authorizing the search and seizure of the items described in Attachment A for the items listed in Attachment B.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

*s/ Kristen Draper*_____
Kristen Draper, Special Agent
Homeland Security Investigations

SUBSCRIBED and SWORN before me this __28th__ day of ___January___ , 2021.

_____
THE HON. SCOTT T. VARHOLAK
UNITED STATES MAGISTRATE JUDGE

Application for search warrant was reviewed and is submitted by David Tonini, Assistant United States Attorney.

17