| Return | | |
|---|---|---|
| Case No.: 1:21-sw-00064-STV | Date and time warrant executed: 02/03/2021 at 2:30 PM | Copy of warrant and inventory left with: In vehicle on drivers seat |
| Inventory made in the presence of : Aurora Police Department Detective Pat McGinty | | |
| Inventory of the property taken and name of any person(s) seized: | | |
| No evidence or contraband found. | | |

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
3/22/21
**JEFFREY P. COLWELL, CLERK**

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 02/10/2021

KRISTEN A DRAPER
Digitally signed by KRISTEN A DRAPER
Date: 2021.02.10 16:06:13 -07'00'

*Executing officer's signature*

Kristen Draper, HSI Special Agent

*Printed name and title*

Case 1:21-sw-00064-STV Document 3 Filed 03/22/21 USDC Colorado Page 2 of 5

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)